UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

UNITED STATES OF AMERICA,

        Plaintiff(s),

Case No. 08-CR-357WBS

v.

SAMUEL BOTELLO MONDRAGON,

        Defendant(s).

I, SANTIAGO E. JUAREZ, attorney for Samuel Botello Mondragon hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Santiago E. Juarez, Attorney at Law |
| Address: | P.O. Box 1960 |
| City: | Santa Cruz |
| State: | New Mexico   ZIP Code: 87532 |
| Voice Phone: | (505) 747-7190 |
| FAX Phone: | (505) 747-7190 |
| Internet E-mail: | santiago316@la-tierra.com |
| Additional E-mail: | none |
| I reside in City: | Espanola   State: New Mexico |

I was admitted to practice in the Supreme Court of the State of New Mexico (court) on April 1975 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made

a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Arturo Hernandez

Firm Name: Hernandez Law Office

Address: 15 34th St.

City: San Jose

State: California   ZIP Code: 95116

Voice Phone: (408) 729-5785

FAX Phone: ( )

E-mail: artlawoff@aol.com

Dated: September 18, 2008   Petitioner: S/Santiago E. Juarez

**ORDER**

IT IS SO ORDERED.

Dated: November 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE