IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | CR. N0. 08-357 WBS |
| Plaintiff, | STIPULATION AND (~~proposed~~) ORDER SETTING SENTENCING HEARING |
| vs. | |
| SAMUEL BOTELLO MONDRAGON, | |
| Defendant | |

STIPULATION

Come now the parties and would stipulate that th:e sentencing hearing in this matter should be heard on    Monday  June 6, 2011 at   8:30AM

Dated:

     /S         .
Santiago E. Juarez
Attorney for Defendant

     /S         .
Michael M. Beckwith
Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | CR. N0. 08-357 WBS |
| Plaintiff, | STIPULATION AND (~~proposed~~) ORDER SETTING SENTENCING HEARING |
| vs. | |
| SAMUEL BOTELLO MONDRAGON, | |
| Defendant | |

ORDER

This matter having come before the court on stipulation of the parties hereto and good cause having been shown;

IT IS HEREBY ordered that the sentencing date of the Defendant shall be Monday June 6, 2011 at 8:30AM

Dated: March 15, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE